Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MAJED SUBH                  )
          v.                )    Civil Action No.  08-CV-410
WAL-MART STORES, Et Al.     )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Frank J. Conley to represent Majed Subh in this matter.

Signed: /s/ Glenn Brown

Glenn Brown, Esquire
Bar No. 4669
Real World Law
916 N. Union St #2
Wilmington, DE 19805
302-225-8340

(Movant's Name and Delaware State Bar Identification Number)
(Movant's Address)
(Movant's Telephone Number)

Attorney for: Majed Subh

Date: July 15, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: [signature]
Date: 7/15/08

(Applicant's Address)

Frank Conley, Esquire
The Conley Firm
7715 Crittenden Street, Suite 113
Philadelphia, PA 19118
215-836-4789
fconley@ConleyFirm.com

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

_____

MAJEB SUBH                                          :
            Plaintiff              :
                                              :    C.A. No. 08-410
    v.                                                :
                                              :
WAL-MART STORES , INC.               :
RUTH McPHERSON                        :
            Defendant         :
_____

## CERTIFICATE OF SERVICE

I, GLENN A. BROWN, DMD, ESQUIRE, hereby certify that a copy of the

Motion of Frank Conley, Esquire to Appear Pro Hac Vice on behalf of the Plaintiff in the

above captioned action was served on the following:

            Sarah E. DiLuzio, Esquire
            Potter, Anderson & Coroon
            1313 North Market Street
            6th Floor
            Wilmington, DE  19899-0951
            Attorneys for Defendant

Service was effected by electronic means through the ECF system.

            REAL WORLD LAW, PC
             /s/ Glenn A. Brown, Esquire_____
            GLENN A. BROWN, DMD, ESQUIRE
            916 North Union Street
            No. 2
            Wilmington, DE  19805
            (302) 225-8340
            Attorney for Plaintiff

Dated: July 14, 2008