| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT**<br>EFFECTED (1) BY ME: **OUT OF STATE** (William Bailey)<br>TITLE: **PROCESS SERVER** | DATE: 7/21/2008 at 8:12 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

RUTH McPERSON

Place where served:

222 Woodchuck Place, Bear, DE 19701

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant:

Description of person accepting service:

SEX: F   AGE: 50   HEIGHT: 6'0"   WEIGHT: 240   SKIN: Wht   HAIR: Bld   OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ ____.___   SERVICES $ ____.___   TOTAL $ ____.___

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/22/20 08        _William Bailey_ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   GLENN BROWN, DMD, ESQ
PLAINTIFF:  MAJED SUBH
DEFENDANT:  WAL-MART STORES, INC., ET AL
VENUE:      DISTRICT OF DELAWARE
DOCKET:     08 410

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

HV